IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01791-PAB

GURIKMAN SINGH,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States, in their official capacities,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 9] of Judge Philip A. Brimmer entered on May 22, 2026, it is

ORDERED that petitioner Gurikman Singh's Verified Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 21st day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
      Deputy Clerk